| | |
|---|---|
| DANIEL MALAKAUSKAS, SBN 265903 | |
| P.O. Box 7006 | |
| Stockton, CA 95267 | |
| Telephone: 866-790-2242 | |
| Facsimile: 888-802-2440 | |

Attorney for Plaintiff


BERLINER COHEN, LLP
CHRISTINE LONG, SBN 199676
10 ALMADEN BOULEVARD, 11ᵀᴴ FLOOR
San Jose, CA 95113
Telephone:408-286-5800
Facsimile: 408-998-5388

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, | **CASE NO.:** 1:16-cv-1664-LJO-BAM |
| PLAINTIFF, | **ORDER GRANTING STIPULATED DISMISSAL** |
| v. | [Fed. R. Civ. P. 41] |
| **HILMAR PROPERTIES LIMITED LIABILITY COMPANY**, and DOES 1-10, inclusive, | |
| DEFENDANTS. | |

**ORDER GRANTING STIPULATED DISMISSAL** 1

# **ORDER**

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

The Clerk of Court is directed to **CLOSE THIS CASE**.  All associated deadlines, including the trial date, are therefore **VACATED**.

IT IS SO ORDERED.

Dated:   **January 4, 2018**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE

**ORDER GRANTING STIPULATED DISMISSAL**                                          2